IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:10-cv-0069 |
| EAGLE NATIONAL BANK, ) ) | Judge Thomas A. Wiseman, Jr. Magistrate Judge John S. Bryant |
| Defendant. ) | |

## ORDER

Before the Court is the Motion to Remand (Doc. No. 12) filed by Plaintiff Franklin American Mortgage Company ("FAMC"). For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that Defendant's removal was timely. FAMC's motion is therefore **DENIED**.

This matter is referred back to Magistrate Judge Bryant for further case management.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge